2018R00230

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 19-719 (JHR) |
| v. | 18 U.S.C. § 1343 |
| FRANK GILLIAM | |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

1.  At all times relevant to this Information, unless otherwise indicated:

    A.  Defendant FRANK GILLIAM ("GILLIAM") was a resident of Atlantic City, New Jersey. GILLIAM was a member of the Board of Trustees of AC Starz Basketball Club ("AC Starz"), a non-profit organization that GILLIAM incorporated in or about 2011 to operate a youth basketball team. AC Starz was funded through fees paid by the families of youth basketball players and donations from contributors. Between in or about January 2009 until in or about December 2017, GILLIAM served as a member of the Atlantic City Council. In or about January 2018, GILLIAM became the Mayor of Atlantic City.

    B.  AC Starz maintained a bank account at a bank in New Jersey (the "Account"). GILLIAM was a signatory on the Account, and all of the debit transactions in the Account were made with debit cards issued to GILLIAM.

2.  From at least as early as in or about 2013 to in or about 2018, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

## FRANK GILLIAM

knowingly and intentionally did devise and intend to devise a scheme and artifice to defraud the contributors to AC Starz of money by means of materially false pretenses, representations and promises.

    3.    The object of this scheme and artifice to defraud was for GILLIAM, facilitated by the use of interstate wire transmissions, to obtain donations from AC Starz contributors under the false pretense that these funds would be used for the benefit of a youth basketball team and school supplies for underprivileged children. GILLIAM instead used these funds primarily to pay for personal expenses unrelated to the team or the purchase of school supplies.

    4.    It was part of the scheme and artifice to defraud that, from in or about 2013 to in or about 2018:

    A.    GILLIAM solicited donations to AC Starz from various individuals and entities, claiming that the funds would be used to support a youth basketball team and/or school supplies. During this period, GILLIAM collected approximately $87,215 in donations from contributors to AC Starz and deposited these funds into the Account.

    B.    GILLIAM used the money in the Account for personal expenses unrelated to the operation of a youth basketball team, including luxury designer clothing, expensive meals, and personal trips to various locations.

    5.    On or about the dates listed below, in Atlantic County, in the District of New Jersey, and elsewhere, for the purpose of executing and attempting to execute this scheme and artifice to defraud, defendant

## FRANK GILLIAM

knowingly and intentionally transmitted and caused to be transmitted in interstate commerce by means of wire, radio and television communications certain writings, signs, signals, pictures, and sounds, including:

| Date | Wire Transmission |
| --- | --- |
| September 25, 2014 | GILLIAM caused a solicitation for donations to AC Starz to be sent via facsimile from Atlantic City, New Jersey to a victim based in Philadelphia, Pennsylvania |
| April 6, 2016 | GILLIAM emailed the principal of a corporate contributor to solicit a donation to AC Starz |
| December 26, 2017 | GILLIAM used a debit card associated with the Account to make a $568.31 purchase of luxury designer clothing in Tinton Falls, New Jersey that was processed through an out-of-state server |

In violation of Title 18, United States Code, Section 1343.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

3

CASE NUMBER: 19-

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

FRANK GILLIAM

## INFORMATION FOR

18 U.S.C. § 1343

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

Sean Farrell
*ASSISTANT U.S. ATTORNEY*
*973-645-6112*