UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| v. | : | Crim. No. 19-719 (JHR) |
| FRANK GILLIAM | : | **WAIVER OF INDICTMENT** |

I, Frank Gilliam, the above-named defendant, who is charged in the Information with knowingly and intentionally devising and intending to devise a scheme and artifice to defraud the contributors to AC Starz of money, facilitated by the use of interstate wire transmissions, in violation of 18 U.S.C. § 1343; being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on October 3, 2019 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
FRANK GILLIAM

_____
HARRY H. RIMM, ESQ.
Counsel for Defendant Frank Gilliam

Before: _____
HONORABLE JOSEPH H. RODRIGUEZ
UNITED STATES DISTRICT JUDGE