UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: CAMDEN**                    **DATE OF PROCEEDING** 10/03/2019

**JUDGE JOSEPH H. RODRIGUEZ**

**COURT REPORTER**: Karen Friedlander

**Docket #** CR 19-719 (JHR)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
    vs.

FRANK GILLIAM
**DEFENDANT PRESENT**

**APPEARANCE:**
Sean Farrell, AUSA for Govt.
Harry H. Rimm, Esq. for Deft.

**NATURE OF PROCEEDINGS**:   WAIVER OF INDICTMENT & PLEA
Ordered defendant sworn; defendant sworn.
Waiver of indictment filed.
INFORMATION filed.
PLEA:   GUILTY TO A ONE COUNT INFORMATION.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea Agreement and Rule 11 document to be entered.
Ordered sentencing set for **Tuesday, January 7th, 2020 at 11:00 am.**
Ordered bail set $100.000 unsecured with conditions
Hearing on Govt's application to deposit funds into the registry of the court.
Ordered application granted.
Order to be entered

Time commenced: 10:25 AM    Time Adjourned: 11:05 AM    Total Time: <u>40 minutes</u>

<u>s/ David Bruey</u>
DEPUTY CLERK

cc: Chambers