UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

01/14/2021
DATE OF PROCEEDINGS

**JUDGE** JOSEPH H. RODRIGUEZ

**COURT REPORTER:** Camille Pedano

**Docket #**   CRIM 19-719 (JHR)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
         v.
FRANK GILLIAM
         DEFENDANT PRESENT

**APPEARANCES:**
Sean Farrell, AUSA for Government
Harry H. Rimm, Esq. for Defendant

**NATURE OF PROCEEDINGS:**   STATUS CONFERENCE (By Video)

Time commenced: 2:00 PM
Total time:  40 minutes

Time Adjourned: 2:40 PM

s/ *David Bruey*
**DEPUTY CLERK**