


U.S. COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 MAR -5 A 10: 55

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, 7th floor   973-645-2700
Newark, New Jersey 07102

March 3, 2021

William T. Walsh, Clerk
U.S. District Court
Martin Luther King, Jr. Building
50 Walnut Street
Newark, NJ 07102

      Re:    <u>United States v. Gilliam, 19-CR-719 (JHR)</u>

Dear Mr. Walsh:

      On December 7, 2018, pursuant to a warrant to search the residence of Defendant Frank Gilliam (the "Defendant"), the Federal Bureau of Investigation (the "FBI") seized $41,335 in United States currency. On January 28, 2021, the Honorable Joseph H. Rodriguez entered a Judgment in the above-captioned case which, among other things, required Defendant to pay restitution in the amount of $86,790. On February 3, 2021, in order to partially satisfy the Defendant's restitution obligation, Judge Rodriguez ordered the FBI to remit the $41,335 to the Clerk of the Court and further ordered the Clerk to deposit that sum into the Court's registry.

      Enclosed is a money order in the amount of $41,335. The Government and the FBI request that, consistent with Judge Rodriguez's order, these monies be deposited into the Court's registry. Should you have any questions, please do not hesitate to contact me at 973-508-2532.

      Very truly yours,

      RACHAEL A. HONIG
      Acting United States Attorney

Enc.      /s/ Sean Farrell

      By: Sean Farrell
      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Crim. No. 19-719 (JHR) |
| v. | |
| FRANK GILLIAM | Hon. Joseph H. Rodriguez |
| Defendant | |

## TURNOVER ORDER

**WHEREAS** on December 7, 2018, pursuant to a warrant to search the residence of Defendant Frank Gilliam (the "Defendant"), the Federal Bureau of Investigation (the "FBI") seized $41,335 in United States currency;

**AND WHEREAS** the FBI has maintained custody of the $41,335 in United States currency since the December 7, 2018 search of Defendant's residence;

**AND WHEREAS** pursuant to the September 3, 2019 plea agreement, Defendant agreed that the $41,335 in United States currency should be applied to his restitution obligation;

**AND WHEREAS** on January 28, 2021 the Court entered a Judgment in the above-captioned case which, among other things, required Defendant to pay restitution in the amount of $86,790;

**AND WHEREAS** Defendant has paid $12,455.01 toward his restitution obligation, but a balance of $73,334.99 remains unpaid as of February 3, 2021;

**IT IS** on this __3rd__ day of February 2021,

**ORDERED** that the FBI remit to the Clerk of the United States District

Court for the District of New Jersey, the sum of $41,335 in United States currency;

**AND IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the District of New Jersey is directed to deposit the $41,335 in United States currency into the Court's registry.

_____
JOSEPH H. RODRIGUEZ
United States District Judge

```
Court Name: USDC, District of New Jersey
Division: 2
Receipt Number: NEW044299
Cashier ID: lgambard
Transaction Date: 03/18/2021
Payer Name: FEDERAL BUREAU  INVESTIGATIO
N
------------------------------------
TREASURY REGISTRY
 For: FEDERAL BUREAU  INVESTIGATION
 Case/Party: D-NJX-1-19-CR-000719-001
 Amount:         $41,335.00
------------------------------------
Paper Check Conversion
 Remitter: WELLS FARGO BANK NA
 Check/Money Order Num: 67822902136
 Amt Tendered:   $41,335.00
------------------------------------
Total Due:      $41,335.00
Total Tendered: $41,335.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."

| | | |
|---|---|---|
| PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK. | | |

**CASHIER'S CHECK**    6782902136

0067829  11-24
Office AU #  1210(8)

Remitter: FEDERAL BUREAU OF INVESTIGATION
Operator I.D.: nj004286 nj000746

March 2, 2021

PAY TO THE ORDER OF ***CLERK, US DISTRICT CT, DISTRICT OF NJ***

**Forty-One Thousand Three Hundred Thirty-Five and 00/100 -US Dollars**    **$41,335.00**

Payee Address:
Memo:

VOID IF OVER US $ 41,335.00

WELLS FARGO BANK, N.A.
175 PASSAIC AVE
KEARNY, NJ 07032
FOR INQUIRIES CALL (480) 394-3122

ELECTRONICALLY   ELEC

Authorized Signature

⑉6782902136⑉ ⑈121000248⑈ 4861 513562⑈