UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| USA | : | CRIMINAL ACTION NO. DNJX119CR000719-001 |
| V. | : | CLERK'S CERTIFICATE OF CASH DEPOSIT |
| GILLIAM | : |  |

I hereby certify that on (3/18/21), Forty- *One Thousand Three Hundred and Thirty- Five Dollars ($41,335.00)* was deposited in the Registry of the Court pursuant to the Order signed 2/3/21 by Judge Joseph H. Rodriguez.

WILLIAM T. WALSH, CLERK

By: Linda Gambardella
Financial Technician