PROB 12F
(10/24)

# United States District Court
## for
## District of New Jersey

## Application to Withdraw and Dismiss Petition for Warrant or Summons for Individual Under Supervision

June 18, 2025

Name of Individual Under Supervision: Frank Gilliam          Cr.: 19-00719-001
                                                              PACTS #: 6527953

Name of Judicial Officer:    THE HONORABLE JOSEPH H. RODRIGUEZ
                             SENIOR UNITED STATES DISTRICT JUDGE
                             (Case reassigned to the Hon. Karen M. Williams on February 4, 2025)

Date of Original Sentence: 01/28/2021

Original Offense: Count One: Wire Fraud, 18 U.S.C. §1343; a Class C felony

Original Sentence: Imposed on 01/28/2021; 30 days imprisonment, 3 years supervised release

Violation of Supervised Release: Heard on 02/22/2024; 2 months imprisonment, 2 years supervised release

Special Conditions: Location Monitoring Program, Community Service-200 hours over 3 years, Special Assessment Fee, Restitution - $250 monthly, Financial Disclosure, New Debt Restrictions

Violation Special Conditions: Restitution-$100 per month, Special Assessment Fee, New Debt Restrictions, Financial Disclosure, and Community Service suspended

Type of Supervision: Supervised release          Date Supervision Commenced: 06/06/2024

## CAUSE

On February 4, 2025, the undersigned officer submitted a *Petition for Summons or Warrant for Individual Under Supervision* (Probation Form 12C/D). The basis of the Petition refenced non-compliance with court-ordered restitution payments and his inability to demonstrate lawful employment.

On February 19, 2025, Gilliam appeared before the Honorable Elizabeth A. Pascal, United States Magistrate Judge, for his Initial Appearance. Judge Pascal lowered his restitution payments to $25 per month and he was given approximately 30 days to apply to at least 10 different jobs and provide the undersigned officer with proof of his applications. Since his Initial Appearance, Gilliam has been consistently making monthly payments and has applied to well over 20 jobs in less than 30 days. Gilliam has regained compliance with his conditions of supervision and the Violation of Supervised Release hearing (VOSR) is scheduled before Your Honor on June 30, 2025.

Because of the compliance that he has demonstrated since the filing of the Violation Petition, a joint recommendation is being presented by the Probation Office, the Government, and defense counsel to dismiss the Violation of Supervised Release Petition. As such, the United States Probation Office respectfully requests to withdraw the *Petition for Summons or Warrant for Individual Under Supervision* signed by the Court on February 5, 2025.

Prob 12F – page 2
Frank Gilliam

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By: BETHANY CREDE
Senior U.S. Probation Officer

/bc

APPROVED:

_____  6/18/25
ANTHONY M. STEVENS       Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**THE COURT ORDERS:**

☑ The Petition dated February 4, 2025 and filed with the Court on February 5, 2025 is hereby WITHDRAWN and DISMISSED WITHOUT PREJUDICE (as recommended by Probation).

☐ Other: _____.

_____
Signature of Judicial Officer

June 23 2025
Date